**MINUTE ENTRY**
**LEMELLE, J.**
**December 19, 2006**

| JS-10:   0:30 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO.  05-323 |
| JABAR GIBSON | SECTION "B" (2) |

### SENTENCING

Courtroom Deputy:   Audry E. Steward
Court Reporter:   Wendy Ricard

PRESENT:     Abram McGull, II, Asst. U.S. Attorney
            Dwight M. Doskey, Counsel for Defendant
            Cheryl Robert, U.S. Probation Officer
            Jabar Gibson, Defendant

Case is called; all present and ready.
Counsel make appearances for the record.
On July 28, 2006, defendant entered into a guilty plea as to Count 1 of the Superseding Indictment.
**See Judgment In A Criminal Case.**
On motion of the Government, IT IS ORDERED that the Original Indictment and Count 2 of the
        Superseding Indictment are hereby DISMISSED as to this defendant.
The defendant was ordered remanded to the custody of the United States Marshal.
Court adjourned at 2:30 p.m.